

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Jorge Tomas Pina-Salazar, Appellant

No. 06-22-00019-CR      v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 21F0383-102). Memorandum Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment herein by striking the entire line that begins "THIS SENTENCE SHALL RUN." As modified, the judgment of the trial court is affirmed.

We note that the appellant, Jorge Tomas Pina-Salazar, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 12, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk